### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Rose  Marie Klim aka Rose M. Klim          CHAPTER 13
                     Debtor(s)

                                                  BKY. NO. 16-18736 PMM

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust and index same on the master mailing list.


            Respectfully submitted,

/s/ 

Rebecca Solarz
27 Aug 2021, 16:19:36, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322