United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18736-pmm |
| Rose Marie Klim | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 30, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14179764 | + Email/Text: Bankruptcy.AUS@ReverseDepartment.com | Aug 30 2021 23:13:00 | The Bank of New York Mellon Trust Company, N.A. a, c/o Celink, 2900 Esperanza Crossing, Austin, TX 78758-3658 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDRA T. GARCIA
     on behalf of Creditor CIT Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANDREW J. SHAW
     on behalf of Debtor Rose Marie Klim ajshawesq@gmail.com abgoodmanesq@gmail.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor Bank of New York Mellon cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor New York Mellon Trust Company cwohlrab@raslg.com

DAVID B. SCHWARTZ

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: trc | Total Noticed: 1 |

    on behalf of Debtor Rose Marie Klim david@dbsesq.com  DBSchwartzesq@aol.com

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

LAUREN MOYER
    on behalf of Creditor CIT Bank  N.A. ecfmail@mwc-law.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18736-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Rose Marie Klim
921 Gove Rd
Nazareth PA 18064-9454

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/27/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: The Bank of New York Mellon Trust Company, N.A. a, c/o Celink, 2900 Esperanza Crossing, Austin, TX 78758 | Bank of New York Mellon<br>Reverse Mortgage Solutions, Inc.<br>14405 Walters Road, Suite 200<br>Houston  TX  77014 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/01/21

Tim McGrath
**CLERK OF THE COURT**