Certificate Number: 05781-PAE-DE-036343792

Bankruptcy Case Number: 16-18736



05781-PAE-DE-036343792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 21, 2022</u>, at <u>8:31</u> o'clock <u>AM PST</u>, <u>Rose Klim</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 21, 2022</u>         By:    <u>/s/Allison M Geving</u>

                                  Name:  <u>Allison M Geving</u>

                                  Title:  <u>President</u>