United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Rose Marie Klim  
    Debtor

Case No. 16-18736-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Mar 23, 2022      Form ID: 138OBJ      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rose Marie Klim, 921 Gove Rd, Nazareth, PA 18064-9454 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14632355 | + | Bank of New York Mellon, PHH Mortgage Services, PO BOX 24606, West Palm Beach, FL 33416-4606 |
| 14632789 | + | Bank of New York Mellon Trust Company, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14632536 | + | Bank of New York Mellon Trust Company,, N.A. as Trustee for Mortgage Assets Mana, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13873803 | + | CIT Bank, N.A., 2900 Esperanza Crossing, Austin TX 78758-3658 |
| 13839927 | | CIT Bank, N.A., PO Box 7056, Pasadena, CA 91109-7056 |
| 13839930 | | Donald Klim, 921 Gove Rd, Nazareth, PA 18064-9454 |
| 13839932 | | Financial Recoveries, 200 E Park Dr, Mount Laurel, NJ 08054-1297 |
| 13909336 | + | Goodman Schwartz & Shaw LLC, 44 E. Broad Street, Suite 15, Bethlehem, PA 18018-5920 |
| 13839936 | | Lehigh Valley Health Network, PO Box 4067, Allentown, PA 18105-4067 |
| 13839937 | | McCabe, Weisberg & Conway, P.C., 123 S Broad St Ste 1400, Philadelphia, PA 19109-1060 |
| 14621678 | + | New York Mellon Trust Company, RASC, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 13839939 | | OAA Orthopaedic Specialists, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 23 2022 23:34:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 23 2022 23:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13839925 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 23 2022 23:44:27 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13839928 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 23 2022 23:44:32 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 13839929 | | Email/Text: bankruptcynotices@dcicollect.com | Mar 23 2022 23:34:00 | Diversified Consultants, Inc., 10550 Deerwood Park Blvd # 309, Jacksonville, FL 32256-2805 |
| 13839931 | | Email/Text: Bankruptcy.AUS@ReverseDepartment.com | Mar 23 2022 23:34:00 | Financial Freedom, PO Box 85400, Austin, TX 78708-5400 |

Case 16-18736-pmm   Doc 59   Filed 03/25/22   Entered 03/26/22 00:28:50   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13839933 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 23 2022 23:44:36 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 13839935 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2022 23:34:00 | Internal Revenue Services, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13839926 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 23 2022 23:44:35 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 13895886 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2022 23:44:36 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13886490 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 23 2022 23:44:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13839938 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 23 2022 23:44:36 | Merrick Bank, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 13904982 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2022 23:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14622075 | + | Email/Text: RASEBN@raslg.com | Mar 23 2022 23:34:00 | New York Mellon Trust Company, c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 13933560 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2022 23:44:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13926245 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 23 2022 23:34:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13839940 | | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 23:44:32 | SYNCHRONY BANK/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14179764 | + | Email/Text: Bankruptcy.AUS@ReverseDepartment.com | Mar 23 2022 23:34:00 | The Bank of New York Mellon Trust Company, N.A. a, c/o Celink, 2900 Esperanza Crossing, Austin, TX 78758-3658 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13839934 | ## | Goudsouzian & Associates, 2925 William Penn Hwy Ste 301, Easton, PA 18045-5283 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2022          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor CIT Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW J. SHAW | on behalf of Debtor Rose Marie Klim ashaw@norris-law.com  abgoodmanesq@gmail.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor New York Mellon Trust Company cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Bank of New York Mellon cwohlrab@raslg.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Rose Marie Klim david@dbsesq.com  DBSchwartzesq@aol.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARISA MYERS COHEN | on behalf of Creditor CIT Bank  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Rose Marie Klim
      Debtor(s)

Case No: 16−18736−pmm

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/23/22

58 − 56
Form 138OBJ