United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 16-18736-pmm

Rose Marie Klim                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                         Page 1 of 2

Date Rcvd: May 16, 2022               Form ID: 195                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rose Marie Klim, 921 Gove Rd, Nazareth, PA 18064-9454 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor CIT Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW J. SHAW | on behalf of Debtor Rose Marie Klim ashaw@norris-law.com  abgoodmanesq@gmail.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Bank of New York Mellon cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor New York Mellon Trust Company cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust cwohlrab@raslg.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Rose Marie Klim david@dbsesq.com  DBSchwartzesq@aol.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARISA MYERS COHEN | on behalf of Creditor CIT Bank  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |

District/off: 0313-4 · User: admin · Page 2 of 2
Date Rcvd: May 16, 2022 · Form ID: 195 · Total Noticed: 1

REBECCA ANN SOLARZ
on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                            : Chapter 13


Rose Marie Klim                                   : Case No. 16−18736−pmm
                Debtor(s)


### *ORDER*
_____


    AND NOW, this day , May 16th, 2022 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                    By The Court


                                    Patricia M. Mayer
                                    Judge , United States Bankruptcy Court


                                                        65
                                                    Form 195